958 P.2d 1120

**STATE of Arizona, Appellee,**

v.

**Richard Lewis JONES, Appellant.**

No. CR–97–0026–PR.

Supreme Court of Arizona.

June 29, 1998.

## ORDER

Having granted review in this matter and having heard oral argument, the court has fully considered the issues, the printed record, and the briefs and arguments of counsel.

IT IS ORDERED denying review as having been improvidently granted.

ZLAKET, C.J., and FELDMAN, J., dissent from this order.